KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
Alaska Bar No. 8209092

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| N.E.B., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:13-cv-00217 TMB <br><br><br> **NOTICE OF SETTLEMENT** |

The United States, via counsel, notifies the Court that the parties have reached a negotiated settlement of the claims in this action. A Stipulation for Dismissal with a proposed Order will be filed when the settlement documents and procedures are completed.

RESPECTFULLY SUBMITTED on July 22, 2015.

KAREN L. LOEFFLER
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
Attorney for the Defendant

**CERTIFICATE OF SERVICE**
I hereby certify that on July 22, 2015,
a copy of the foregoing was served on:

Kenneth A. Norsworthy, Esq.

s/ Gary M. Guarino

*N.E.B. v The United States,*
Case No. 3:13-cv-00217-TMB        2