KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska   99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
Alaska Bar No. 8209092

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| N.E.B., | Case No. 3:13-cv-00217 TMB |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The Plaintiff and the Defendant, through counsel, stipulate that all claims that were asserted or could have been asserted by Plaintiff against the United States in this action may be dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees.

RESPECTFULLY SUBMITTED on August 12, 2015.

KAREN L. LOEFFLER
United States Attorney


s/Gary M. Guarino
Assistant U.S. Attorney
Attorney for the Defendant


Law Office of Kenneth Norsworthy
Attorney for Plaintiff


s/Kenneth A. Norsworthy
ABA No. 7705055


**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2015,
a copy of the foregoing was served on:

Kenneth A. Norsworthy, Esq.

s/ Gary M. Guarino

*N.E.B. v The United States,*
Case No. 3:13-cv-00217-TMB                2